UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY STEENMEYER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY,<br><br>　　　　Defendant. | CASE NO. C13-2184 MJP<br><br>ORDER ON PLAINTIFF'S MOTION TO QUASH SUBPOENAS TO PRODUCE EMPLOYMENT RECORDS AND REQUEST FOR SANCTIONS |

THIS MATTER comes before the Court on Plaintiff's Motion to Quash Subpoenas to Produce Employment Records and Request for Sanctions (Dkt. No. 12.) Having reviewed the Motion, Defendant's Opposition (Dkt. No. 13), and Plaintiff's Reply (Dkt. No 15), the Court hereby GRANTS the Motion in part and DENIES it in part.

The motion to quash is GRANTED only insofar as Defendant requests information from employers from 2003 forward. In order to facilitate this distinction, Plaintiff is ORDERED to immediately supply the dates of her employment with each employer from 2003 to the present.

In all other respects the motion is DENIED. Defendant needs the information requested to assess Plaintiff's history of requests for accommodation and accommodations actually made in

the wake of Plaintiff's 2003 onset date; in addition, the information is relevant to Defendant's after-acquired evidence defense regarding Plaintiff's employment application.

The Court DENIES Plaintiff's request for sanctions, since continued discussion between the Parties could have yielded the minimal relief the Court has granted.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 8th day of July, 2014.

_____
Marsha J. Pechman
Chief United States District Judge

ORDER ON PLAINTIFF'S MOTION TO QUASH
SUBPOENAS TO PRODUCE EMPLOYMENT
RECORDS AND REQUEST FOR SANCTIONS- 2